

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SARAH B. EVANS**
*Assistant Corporation Counsel*
Special Federal Litigation Division
Tel: (212) 788-1041
Fax: (212) 788-9776

January 30, 2006

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>John Bologna v. City of New York et al.</u>, 05 CV 0984 (NG) (KAM)

Your Honor:

    I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action was settled on January 27, 2006 in the amount of Forty Thousand Dollars ($40,000.00). Accordingly, the settlement conference scheduled for February 3, 2006 at 5:30 p.m. is no longer necessary. The executed STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE will be submitted to the Court shortly.

Respectfully submitted,

Sarah B. Evans (SE 5971)
Assistant Corporation Counsel

cc: Nicholas Martino, Esq. (By ECF and fax)
    Attorney for Plaintiff
    7448 Amboy Road
    Staten Island, NY 10307
    *Fax*: 718-605-7363